IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 MAR 19 PM 1:42
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:
MADDEN, JAMES D.

CASE NO: 03-53303

CHAPTER 7

Debtor(s)

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Claim# | Creditor | Amount |
|---|---|---|
| Claim# 37 | CITY OF AKRON<br>Income Tax Division<br>1 Cascade Plaza, 11th Floor<br>Akron, OH 44308 | $1060.00 |
| Claim# 27 | MBNA AMERICA BANK, N.A.<br>PO Box 15168 MS 1423<br>Wilmington, DE 19850 | $1719.55 |
| Claim# 30 | CITIBANK, N.A. CITIBANK/CHOICE<br>Exception Payment Processing<br>P0 Box 6305<br>The Lakes, NV 88901-6305 | $94.64 |
| Claim# 23 | CITIBANK, N.A. CITIBANK/CHOICE<br>Exception Payment Processing<br>P0 Box 6305<br>The Lakes, NV 88901-6305 | $196.59 |
| Claim# 31 | CITIBANK, N.A. CITIBANK/CHOICE<br>Exception Payment Processing<br>P0 Box 6305<br>The Lakes, NV 88901-6305 | $95.30 |
| Claim# 32 | CITIBANK, N.A. CITIBANK/CHOICE<br>Exception Payment Processing<br>P0 Box 6305<br>The Lakes, NV 88901-6305 | $153.54 |

| Claim# 33 | CITIBANK, N.A. CITIBANK/CHOICE<br>Exception Payment Processing<br>P0 Box 6305<br>The Lakes, NV  88901-6305 | $124.21 |
| --- | --- | --- |
| Claim# 34 | CITIBANK, N.A. CITIBANK/CHOICE<br>Exception Payment Processing<br>P0 Box 6305<br>The Lakes, NV  88901-6305 | $186.44 |

*[Handwritten annotations: $3,630.27  ck # 4001  receipt #81356]*

    2. A trustee's check for $3630.27 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

    3. Nothing further remains to be done in this case.


Date:  March 12, 2010

                                                Richard A. Wilson
                                                Chapter 7 Trustee
                                                1221 S. Water Street
                                                Kent, OH  44240
                                                Phone: 330.678.2850
                                                Fax: 330.678.2058
                                                buckeye56@sbcglobal.net