UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In Re:                                   )        Case No. 03-53303-MSS
                                         )
MADDEN, JAMES D.                         )        Chapter 7
                                         )
              Debtor(s).                 )        Judge: Marilyn Shea-Stonum

### AMENDED REPORT OF DISTRIBUTION

RICHARD A. WILSON, trustee of the estate of the above-named debtor(s), states that a Final Report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses. Therefore, a dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 3009 shall be paid as soon as practicable as follows:

| | |
|---|---:|
| AMOUNT AVAILABLE FOR DISTRIBUTION: | 2,488.22 |
| SUMMARY OF DISTRIBUTION: | |
| Chapter 7 Administrative Expenses: | 0.00 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507 [a] [3] - [a] [6]): | 0.00 |
| Alimony Support or Maintenance: | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 2,488.22 |
| Other: | 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | 2,488.22 |

/s/ Richard A. Wilson
_____
CASE TRUSTEE: RICHARD A. WILSON

REVIEWED:
DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
REGION 9

_____
DATE

By: /s/ Sharon V. Lowe 4/1/2011
_____

| CL .# | CLAIMANT | AMT OF CLAIM | PAID TO DATE | AMT OF DIV. | TOTAL CLAIM DISBURSED |
|---|---|---|---|---|---|
| 1 -1 | CITIBANK USA, N.A. | 2,120.51 | 149.33 | 25.24 | 174.57 |
| 2 -1 | CITIBANK USA, N.A. | 5,118.25 | 360.42 | 60.94 | 421.36 |
| 3 -1 | CHASE MANHATTAN BANK USA, N.A. | 10,536.88 | 741.97 | 125.46 | 867.43 |
| 4 -1 | CHASE MANHATTAN BANK USA, N.A. | 1,786.14 | 125.77 | 21.27 | 147.04 |
| 5 -1 | CHASE MANHATTAN BANK USA, N.A. | 6,960.02 | 490.10 | 82.88 | 572.98 |
| 6 -1 | NATIONAL CITY BANK | 5,429.63 | 382.34 | 64.65 | 446.99 |
| 7 -1 | NATIONAL CITY BANK | 5,667.16 | 399.06 | 67.49 | 466.55 |
| 8 -1 | US BANK | 8,639.86 | 608.39 | 102.87 | 711.26 |
| 9 -1 | US BANK | 6,188.64 | 435.78 | 73.69 | 509.47 |
| 10 -1 | BANK ONE DELAWARE, NA F.K.A. FIRST | 1,040.85 | 73.29 | 12.39 | 85.68 |
| 11 -1 | BANK ONE DELAWARE, NA F.K.A. FIRST | 4,935.26 | 347.52 | 58.77 | 406.29 |
| 12 -1 | BANK ONE DELAWARE, NA F.K.A. FIRST | 6,694.52 | 471.40 | 79.72 | 551.12 |
| 13 -1 | BANK ONE DELAWARE, NA F.K.A. FIRST | 12,205.58 | 859.47 | 145.34 | 1004.81 |
| 14 -1 | DISCOVER FINANCIAL SERVICES | 9,362.63 | 659.28 | 111.48 | 770.76 |
| 15 -1 | ECAST SETTLEMENT CORPORATION, ASSIG | 3,307.76 | 232.92 | 39.38 | 272.30 |
| 16 -1 | CITI CARDS | 9,120.90 | 642.26 | 108.61 | 750.87 |
| 17 -1 | AMERICAN EXPRESS CENTURION BANK BEC | 4,285.37 | 301.76 | 51.03 | 352.79 |
| 18 -1 | AMERICAN EXPRESS TRAVEL RELATED | 10,349.45 | 728.77 | 123.23 | 852.00 |
| 20 -1 | AMERICAN EXPRESS TRAVEL RELATED | 10,495.93 | 739.09 | 124.98 | 864.07 |
| 21 -1 | DILLARD NATIONAL BANK | 307.84 | 21.68 | 3.66 | 25.34 |
| 23 -1 | CITIBANK, N.A. | 9,410.89 | 662.68 | 112.06 | 774.74 |

*receipt # 82268*  
*ck #4031*