IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2011 APR 15 PM 2: 06
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, AKRON

IN RE: MADDEN, JAMES D.   CASE NO: 03-53303

CHAPTER 7

Debtor(s)   HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor. A stop payment has been issued on the checks remaining unpaid. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Claim # | Creditor | Amount |
|---|---|---|
| Claim #6 | NATIONAL CITY BANK<br>PO Box 500 K-A16-2J<br>Portage, MI 49081 | $64.65 |
| Claim #7 | NATIONAL CITY BANK<br>PO Box 500 K-A16-2J<br>Portage, MI 49081 | $67.49 |

$132.14

2. Your trustee's check for $132.14 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: April 14, 2011

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, Ohio 44240
Phone: 330-678-2850
Buckey56@sbcglobal.net

ck # 4032
receipt # 82290