IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: MADDEN, JAMES D.   CASE NO: 03-53303

CHAPTER 7

Debtor(s)   HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor. A stop payment has been issued on the checks remaining unpaid. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

   Claim #24   GE CAPITAL CONS CARDCO                $39.67
               P.O. Box 9001557
               Louisville, KY 40290-1557

2. Your trustee's check for $39.67 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: April 25, 2011

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, Ohio 44240
Phone: 330-678-2850
Buckey56@sbcglobal.net

Ck # 4033
Receipt # 82309

| | | | | | |
|---|---|---|---|---|---|
| 24 -1 | GE CAPITAL CONS CARDCO | 3,331.99 | 234.63 | 39.67 | 274.30 |
| 25 -1 | ECAST SETTLEMENT CORPORATION | 1,059.05 | 74.57 | 12.61 | 87.18 |
| 26 -1 | ECAST SETTLEMENT CORPORATION | 4,578.72 | 322.42 | 54.52 | 376.94 |
| 27 -1 | MBNA AMERICA BANK, N.A. | 34,719.98 | 2444.86 | 413.43 | 2858.29 |
| 30 -1 | CITIBANK, N.A. CITIBANK/CHOICE | 4,530.31 | 319.01 | 53.94 | 372.95 |
| 31 -1 | CITIBANK, N.A. CITIBANK/CHOICE | 4,561.98 | 321.24 | 54.32 | 375.56 |
| 32 -1 | CITIBANK, N.A. CITIBANK/CHOICE | 7,349.95 | 517.56 | 87.52 | 605.08 |
| 33 -1 | CITIBANK, N.A. CITIBANK/CHOICE | 5,946.25 | 418.71 | 70.81 | 489.52 |
| 34 -1 | CITIBANK, N.A. CITIBANK/CHOICE | 8,924.60 | 628.44 | 106.26 | 734.70 |
| TOTAL | UNSECURED CLAIMS | $208,966.90 | $14,714.72 | $2,488.22 | $17,202.94 |

\*\* If refund to debtor(s), trustee must recalculate his/her trustee's fee.